United States District Court
Southern District of Texas
**ENTERED**
October 01, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARTHA C.-G.[1], | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:26-cv-259 |
| | § | |
| WARDEN, EL VALLE DETENTION | § | |
| CENTER, *et al*., | § | |
| Respondents. | § | |

**ORDER TO SHOW CAUSE FOR LACK OF RESPONSE**

On September 14, 2026, the Court ordered the Petitioner to provide a status update on their immigration proceedings. Dkt. No. 10. The Court set a response deadline for September 25, 2026. To date, the Court has not received a response from Petitioner.

The Court **ORDERS** Petitioner to **SHOW CAUSE** as to why they failed to adhere to the response deadline by **no later than Friday, October 9, 2026**. In this response, Petitioner is **ORDERED** to also provide an update on immigration proceedings.

Signed on October 1, 2026.

Karen Betancourt
United States Magistrate Judge

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.