United States District Court
Southern District of Texas
**ENTERED**
October 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MARTHA C.-G.,<br>"Petitioner,"<br><br>v.<br><br>WARDEN, EL VALLE DETENTION FACILITY, *et al.*,<br>"Respondents." | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:26-cv-00259 |

**ORDER**

Before the Court is "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive Relief" (Dkt. No. 1) ("Petition"), Respondents' "Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment" (Dkt. No. 7) ("MSJ"), and Petitioner's "Response to Order to Show Cause, Status Report, and Suggestion of Mootness" (Dkt. No. 12) ("Status Report").

On October 2, 2026, Petitioner filed her Status Report informing the Court of her release from custody. Dkt. No. 12 at 1. The Court concludes from this filing that the Petition is now moot. For the Court to retain subject matter jurisdiction over this case, a petition must continue to present a live case or controversy. *Herndon v. Upton*, 985 F.3d 443, 446 (5th Cir. 2021) (citing *Spencer v. Kemna*, 523 U.S. 1, 7 (1998)). Otherwise, the case is moot, and the Court is deprived of jurisdiction. A case becomes moot when it is "impossible for a court to grant any effectual relief whatever to the prevailing party." *Herndon*, 985 F.3d at 446 (quoting *Knox v. Serv. Emps. Int'l Union, Loc. 1000*, 567 U.S. 298, 307 (2012)).

Here, the Petition challenges Petitioner's civil immigration detention and seeks release from Respondents' custody. Dkt. No. 1 at 18. Petitioner's release from custody thus renders moot any live case or controversy.

Because mootness "is a jurisdictional matter" and can be raised "sua sponte," *Bailey v. Southerland*, 821 F.2d 277, 278 (5th Cir. 1987), the Petition (Dkt. No. 1) is hereby **DISMISSED**

without prejudice. Respondents' MSJ (Dkt. No. 7) and Petitioner's "Motion for Immediate Relief" (Dkt. No. 5) are both **DENIED as moot**. The Clerk of Court is **INSTRUCTED** to close this case.

SIGNED this October 6, 2026

Rolando Olvera
United States District Judge